**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| TAMIA HACKETT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 1:17-cv-2559 |
| ) | |
| CAPITAL ONE, N.A., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF REMOVAL

Under 28 U.S.C. § 1446, defendant Capital One, N.A. (hereinafter "Capital One") hereby gives notice of the removal of the above-entitled action to the United States District Court for the Southern District of Indiana, Indianapolis Division, and in support of the Notice of Removal states as follows:

1. On or about June 29, 2017, plaintiff commenced an action against Capital One in Hamilton County Circuit Court entitled Tamia Hackett v. Capital One, N.A. (the "State Action"). A copy of the Complaint in the State Action is attached to this Notice of Removal.

2. Copies of all other process, pleadings, and orders served on Capital One in the State Action, if any, are attached collectively to this Notice of Removal.

3. The United States District Court for the Southern District of Indiana, Indianapolis Division, has original jurisdiction over this action under 28 U.S.C. § 1331. The Court has federal-question jurisdiction under 28 U.S.C. § 1331 because plaintiff alleges that Capital One violated the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227 *et seq*. *See Mims v. Arrow Financial Services, LLC*, 132 S. Ct. 740 (U.S. 2012) (holding that the TCPA's permissive grant of jurisdiction to state courts does not deprive the U.S. district courts of federal-question jurisdiction over private TCPA suits).

4. This Notice of Removal is filed within thirty (30) days after service of the Summons and Complaint on Capital One.

5. The United States District Court for the Southern District of Indiana, Indianapolis Division, is the District Court for the district embracing the Hamilton County Circuit Court where the State Action is currently pending. *See* 28 U.S.C. § 94(b)(1). Venue is therefore proper in this district under 28 U.S.C. § 1441(a).

6. Capital One expressly reserves its right to raise all defenses and objections to plaintiff's claims after the action is removed to the above Court.

Dated: July 28, 2017

Respectfully submitted,

FAEGRE BAKER DANIELS LLP

By: /s/ Carl A. Greci

*Counsel for Capital One, N.A.*

Carl A. Greci (#17351-49)
202 S. Michigan Street, Suite 1400
South Bend, IN 46601
Telephone: (574) 234-4149
Facsimile: (574) 239-1900
carl.greci@faegrebd.com

Dustin R. DeNeal (#27535-49)
600 East 96th Street, Suite 600
Indianapolis, IN 46240
Telephone: (317) 569-9600
Facsimile:  (317) 569-4800
dustin.deneal@faegrebd.com

Erin L. Hoffman (MN #0387835)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Telephone:  (612) 766-7000
Facsimile:  (612) 766-1600
erin.hoffman@faegrebd.com

US.113419976.01

## CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2017, a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

Carl A. Greci
carl.greci@faegrebd.com

I further certify that on July 28, 2017, a copy of the foregoing was served upon the following, by first class United States mail, postage prepaid:

Syed Ali Saeed
Saeed & Little, LLP
1433 N. Meridian Street, Suite 202
Indianapolis, IN 46202

/s/ Carl A. Greci

US.113419976.01